UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO A. FLORES,<br><br>          Plaintiff,<br><br>     v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>          Defendants. | Case No. 17-cv-00055 NC<br><br>**ORDER TO SHOW CAUSE REGARDING SERVICE OF DEFENDANTS**<br><br>Re: Dkt. No. 1 |

Plaintiff Benito Flores named numerous defendants in this case, but has not shown that defendants DB Structured Products, Inc. or Deutsche Alt-A Securities, Inc. have been served with Flores' complaint.  As a result, the Court ORDERS Flores to provide information to the Court establishing whether DB Structured and Deutsche have been served, and if so, when and by what method of service within 14 days of this order.

**IT IS SO ORDERED.**

Dated:  February 8, 2017

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 17-cv-00055 NC