UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO A FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREENPOINT MORTGAGE FUNDING, INC., et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00055 NC<br><br>**ORDER TO SHOW CAUSE REGARDING FLORES' FAILURE TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 89, 90 |

Pro se plaintiff Benito Flores has not filed oppositions to the motions to dismiss filed against him in this case. Dkt. Nos. 89, 90. Those oppositions were due last week. The Court warns Flores that it will terminate his case for failure to prosecute if he does not file oppositions to the motions to dismiss by September 5, 2017.

**IT IS SO ORDERED.**

Dated: August 28, 2017　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 17-cv-00055 NC